IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLAIR H. MORGAN and M&S GRADING, a Nebraska Corp., </br></br>           Plaintiff, </br></br>vs. </br></br>CONTRACTORS, LABORERS, et al. </br></br>           Defendant. | Case No.  8:99CV411 </br></br>ORDER </br>TO WITHDRAW EXHIBITS </br>OR TO SHOW CAUSE WHY </br>EXHIBITS SHOULD NOT BE </br>DESTROYED |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

| | | |
|---|---|---|
| Plaintiff's Exhibit 1-31 | Trial | February 21, 2001 |
| Defendant's Exhibit 32 | Trial | February 21, 2001 |

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 10th day of January, 2008.

s/ F.A. Gossett
United States Magistrate Judge

proc\Exhibits\Form-Order to Withdraw or OSC Destroy, appeal time expired.wpd
Approved 02/15/07